JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

PATRICIA SPALETTA (CABN 156788)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
San Francisco, California  94102
Telephone:    (415) 552-6031
Facsimile:    (415) 436-7234
Patricia.Spaletta@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0421 WHA |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | |
| UBALDO VIVEROS AVALAS, | |
| Defendant. | |

On July 20, 2010, the parties in this case appeared before the Court.  The Court continued the matter until August 3, 2010.  The parties agreed to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from July 20, 2010 to August 3, 2010, in light of the need for the defendant to consider a plea offer.

//

//

//

1     SO STIPULATED:

2

3                                     JOSEPH P. RUSSONIELLO
                                      United States Attorney
4

5     DATED: July 23, 2010            _____/s/_____
                                      PATRICIA SPALETTA
6                                     Special Assistant United States Attorney

7

8     DATED: July 23, 2010            _____/s/_____
                                      GEOFFREY HANSEN
9                                     Assistant Federal Public Defender

10       Based upon the representation of counsel and for good cause shown, the Court finds that

11    failing to exclude the time from July 20, 2010 to August 3, 2010 would unreasonably deny the

12    defendant and his counsel the reasonable time necessary for effective preparation, taking into

13    account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds

14    that the ends of justice served by excluding the time from July 20, 2010 to August 3, 2010  from

15    computation under the Speedy Trial Act outweigh the best interests of the public and the

16    defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time from July 20,

17    2010 to August 3, 2010 shall be excluded from computation under the Speedy Trial Act.  18

18    U.S.C. § 3161(h)(7)(A) and (B)(iv).

19

20    SO ORDERED.

21

22            August 2, 2010.
      DATED:_____
23                                    THE HON_____SUP
                                      United Stat_____
24

25

26

27

28

STIP. & [PROPOSED] ORDER EXCLUDING TIME
UBALDO VIVEROS-AVALAS, CR 10-00421 WHA                                              2